**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: STEVEN M. REICHENBACH    §    Case No. 05-75999
                                §
                                §
         Debtors                §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/10/2005.

2) The plan was confirmed on 12/16/2005.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/08/2009.

5) The case was converted on 05/21/2009.

6) Number of months from filing or conversion to last payment: 39.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $6,602.17.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 5,928.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 5,928.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,694.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 386.33 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,080.33 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COSTELLO & COSTELLO PC | Lgl | 1,694.00 | 1,694.00 | 1,694.00 | 1,694.00 | 0.00 |
| ADVANCED CARDIOLOGY | Uns | 14.25 | 14.25 | 0.00 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 13.61 | 13.61 | 0.00 | 0.00 | 0.00 |
| ICS COLLECTION SERVICE | Uns | 326.00 | 326.00 | 0.00 | 0.00 | 0.00 |
| BEACON HILL DENTAL | Uns | 510.00 | 510.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 662.94 | 797.24 | 797.24 | 105.67 | 0.00 |
| BRAD EPSTEIN MD | Uns | 558.00 | 558.00 | 0.00 | 0.00 | 0.00 |
| BRADLEY SHAPIRO MD | Uns | 700.34 | 700.34 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 1,500.00 | 1,276.85 | 1,276.85 | 169.25 | 0.00 |
| CAREMARK THERAPEUTIC SVCS | Uns | 1,309.86 | 1,309.86 | 0.00 | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 548.00 | 548.00 | 0.00 | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 74.00 | 74.00 | 0.00 | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 5,823.06 | 5,823.06 | 0.00 | 0.00 | 0.00 |
| CHRISTOPHER L IVERS DC | Uns | 180.00 | 180.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 822.01 | 822.01 | 822.01 | 108.96 | 0.00 |
| LTD FINANCIAL SERVICES | Uns | 710.19 | 710.19 | 0.00 | 0.00 | 0.00 |
| ALLIANCE ONE RECEIVABLES | Uns | 5,193.20 | 5,193.20 | 0.00 | 0.00 | 0.00 |
| THE CBE GROUP INC. | Uns | 822.01 | 822.01 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

Case 05-75999    Doc 31    Filed 06/01/09    Entered 06/01/09 11:44:20    Desc Main
                          Document      Page 3 of 6

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CLARK | Uns | 500.00 | 500.00 | 0.00 | 0.00 | 0.00 |
| CONCHITA GAVINO MD | Uns | 146.22 | 146.22 | 0.00 | 0.00 | 0.00 |
| DANIEL HALLER MD | Uns | 124.50 | 124.50 | 0.00 | 0.00 | 0.00 |
| DAVID A. BIRNBAUM MD | Uns | 253.65 | 253.65 | 0.00 | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Uns | 10,000.00 | 11,718.79 | 11,718.79 | 1,553.34 | 0.00 |
| EARTHMOVER CU | Uns | 2,680.95 | 2,777.61 | 2,777.61 | 368.18 | 0.00 |
| FAMILY DENTISTRY | Uns | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 |
| FOX VALLEY LABORATORY PHYS | Uns | 70.27 | 70.27 | 0.00 | 0.00 | 0.00 |
| GOOD SHEPHERD | Uns | 801.90 | 801.90 | 0.00 | 0.00 | 0.00 |
| GREATER BARRINGTON FHC PC | Uns | 127.05 | 127.05 | 0.00 | 0.00 | 0.00 |
| MICHLING HOFMANN VINTON | Uns | 280.00 | 280.00 | 280.00 | 37.11 | 0.00 |
| ECAST SETTLEMENT | Uns | 724.44 | 828.16 | 828.16 | 109.78 | 0.00 |
| KO FLEET MAINTENANCE | Uns | 943.99 | 943.99 | 0.00 | 0.00 | 0.00 |
| LAKE/MCHENRY PATHOLOGY | Uns | 12.00 | 12.00 | 0.00 | 0.00 | 0.00 |
| LEE LICHTENBERG MD | Uns | 32.76 | 32.76 | 0.00 | 0.00 | 0.00 |
| A/R CONCEPTS, INC. | Uns | 32.76 | 32.76 | 0.00 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 694.00 | 694.00 | 694.00 | 91.99 | 0.00 |
| MARATHON ASHLAND | Uns | 1,193.75 | 1,277.31 | 1,277.31 | 169.31 | 0.00 |
| MARCIA SCHMIDT DC | Uns | 66.00 | 66.00 | 0.00 | 0.00 | 0.00 |
| MEMORIAL MEDICAL CENTER | Uns | 366.41 | 366.41 | 0.00 | 0.00 | 0.00 |
| MHS PHYSICIANS SERVICES | Uns | 353.70 | 353.70 | 0.00 | 0.00 | 0.00 |
| MORAINE EMERGENCY | Uns | 347.30 | 347.30 | 0.00 | 0.00 | 0.00 |
| NCO FINANCIAL | Uns | 183.08 | 183.08 | 0.00 | 0.00 | 0.00 |
| UNITED ONLINE COLLECTION | Uns | 29.90 | 29.90 | 0.00 | 0.00 | 0.00 |
| NORTHWEST COMMUNITY | Uns | 259.83 | 259.83 | 0.00 | 0.00 | 0.00 |
| NORTHWEST HEALTH CARE | Uns | 6,108.21 | 6,108.21 | 0.00 | 0.00 | 0.00 |
| K.C.A. FINANCIAL | Uns | 16.80 | 16.80 | 0.00 | 0.00 | 0.00 |
| NORTHWEST SUBURBAN IMAGING | Uns | 324.55 | 324.55 | 0.00 | 0.00 | 0.00 |
| NTB CREDIT PLAN | Uns | 2,000.00 | 2,000.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 569.69 | 744.60 | 744.60 | 98.70 | 0.00 |
| ARMOR SYSTEMS CORP. | Uns | 633.29 | 633.29 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,203.55 | 1,283.93 | 1,283.93 | 170.19 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 252.12 | 252.12 | 0.00 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 480.37 | 480.37 | 0.00 | 0.00 | 0.00 |
| AMERICAN MEDICAL COLLECTION | Uns | 123.00 | 123.00 | 0.00 | 0.00 | 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| R RIEGER MD | Uns | 11.07 | 11.07 | 0.00 | 0.00 | 0.00 |
| R RIEGER MD | Uns | 82.00 | 82.00 | 0.00 | 0.00 | 0.00 |
| COMPUTER CREDIT SERVICE CORP. | Uns | 486.00 | 486.00 | 0.00 | 0.00 | 0.00 |
| ROBERT G ROMOLO DO | Uns | 390.00 | 390.00 | 0.00 | 0.00 | 0.00 |
| RUBY SABBAGHA MD | Uns | 112.05 | 112.05 | 0.00 | 0.00 | 0.00 |
| SCOTT M HAGEY MD | Uns | 17.49 | 17.49 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 710.19 | 799.78 | 799.78 | 106.01 | 0.00 |
| SHERMAN HOSPITAL | Uns | 5,104.57 | 5,104.57 | 0.00 | 0.00 | 0.00 |
| HARRIS & HARRIS, LTD. | Uns | 372.12 | 372.12 | 0.00 | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Uns | 101.14 | 101.14 | 0.00 | 0.00 | 0.00 |
| SUBBA RAJU MC | Uns | 4.25 | 4.25 | 0.00 | 0.00 | 0.00 |
| WOMANS HEALTH SPECIALTIES | Uns | 558.00 | 558.00 | 0.00 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 499.22 | 499.22 | 499.22 | 66.18 | 0.00 |
| TODD GEPHART MD | Uns | 1,145.92 | 1,145.92 | 0.00 | 0.00 | 0.00 |
| TOWN SQUARE ANESTHESIA | Uns | 1,360.00 | 1,360.00 | 0.00 | 0.00 | 0.00 |
| TRI-COUNTY EMERGENCY PHYS. | Uns | 70.40 | 70.40 | 0.00 | 0.00 | 0.00 |
| UROLOGY LTD | Uns | 6.88 | 6.88 | 0.00 | 0.00 | 0.00 |
| OSI COLLECTION | Uns | 16.20 | 16.20 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 5,228.20 | 5,228.20 | 693.00 | 0.00 |
| CLERK OF U.S. BANKRUPTCY | Adm | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 29,027.70 | $ 3,847.67 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 2,080.33 |
| Disbursements to Creditors | $ 3,847.67 |
| **TOTAL DISBURSEMENTS:** | $ 5,928.00 |

UST Form 101-13-FR-S (4/1/2009)

      12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: <u>06/01/2009</u>        By: <u>/s/ Lydia S. Meyer</u>
                                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.